## Vincent A. CIANCI, Jr. et al.

v.

## The PROVIDENCE CITY COUNCIL et al.

### No. 80–578–M.P.

Supreme Court of Rhode Island.

Jan. 5, 1981.

Vincent J. Piccirilli, Providence, for petitioners.

Ronald H. Glantz, City Sol., Providence, William Y. Chaika, Cranston, for respondents.

## ORDER

Since the petition for writ of certiorari is not accompanied by adequate supporting material, said petition for certiorari and petitioners' motion for stay are both denied.